SO ORDERED.

SIGNED this 5th day of March, 2014.



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Tracey A. Barnes, | ) | Case No. 09-12320 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER REGARDING**
**MOTION TO AVOID JUDGMENT LIEN**

This matter is before the Court without a hearing on the Motion to Avoid Judicial Lien of Moses H. Cone Memorial Hospital Operating Corporation ("Moses H. Cone Memorial Hospital"), filed by the Debtor Tracey A. Barnes on February 4, 2014 [Doc. # 51] (the "Motion").

For the reasons set forth by the Court in its Order and Memorandum Opinion Regarding Motion to Avoid Judgment Lien, In re Mary Kernodle Bolden, Case No. 13-11254 [Doc. # 16], the Debtor's service of the Motion in this matter was deficient.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, within fourteen (14) days of the entry of this Order, Counsel for the Debtor shall properly serve the Motion upon Moses H. Cone Memorial Hospital as required by Bankruptcy Rules 4003, 7004,

and 9014, and shall file an amended Certificate of Service for the Motion reflecting such proper service upon Moses H. Cone Memorial Hospital. If an amended Certificate of Service is not filed within the time set forth herein, the Motion will be denied without prejudice and without further notice or hearing.

**END OF DOCUMENT**